■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUAN SANTANA, Appellant. [650 NYS2d 571] —Appeal by the defendant from a judgment of the County Court, Orange County (Byrne, J.), rendered December 13, 1994.

Ordered that the judgment is affirmed (see, People v Kazepis, 101 AD2d 816). Miller, J. P., Ritter, Sullivan, Friedmann and Krausman, JJ., concur.